**DAY PITNEY, LLP**
Michael J. Fitzpatrick, Esq. (079922013)
One Jefferson Road
Parsippany, NJ 07054-2891
(973) 966-8149
Attorneys For Plaintiff
Hartford Casualty Insurance Company

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY, an Indiana Corporation,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Wisconsin Corporation<br><br>Defendant. | HONORABLE CLAIRE C. CECCHI, U.S.D.J.<br>HONORABLE CATHY L. WALDOR, U.S.M.J.<br><br>CIVIL ACTION NO.<br>2:18-cv-00444-CCC-CLW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Hartford Casualty Insurance Company and Defendant Liberty Mutual Fire Insurance Company, by and through their respective undersigned counsel, agree to the dismissal of this action with prejudice, and without costs to either party.

| | |
|---|---|
| s/ *Michael J. Fitzpatrick*<br>Michael J. Fitzpatrick<br>DAY PITNEY LLP<br>1 Jefferson Road<br>Parsippany, NJ 07054<br>(973) 966-8121<br>mfitzpatrick@daypitney.com<br>Attorneys for Plaintiff<br>Hartford Casualty Insurance Company<br><br>Dated: January 2, 2024 | s/ *Evan D. Haggerty*<br>Evan D. Haggerty<br>William P. Krauss<br>CONNELL FOLEY LLP<br>56 Livingston Avenue<br>Roseland, NJ 07068<br>(973) 535-0500<br>EHaggerty@connellfoley.com<br>WKrauss@connellfoley.com<br>Attorneys for Defendant<br>Liberty Mutual Fire Insurance Company<br><br>Dated: December 21, 2023 |

SO ORDERED

s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date: 1/12/2024

117505891.1